IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CONRAD BENJAMIN,

       Petitioner,

v.                                              4:07cv315-WS

ALBERTO GONZALES, et al.,

       Respondents.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed June 4, 2008. See Doc. 17. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus (doc. 1) be dismissed as moot. No objections have been filed.

Having carefully considered the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 17) is hereby ADOPTED and incorporated by reference in this order of the court.

Page 2 of 2

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as moot.

3. The Clerk is directed to enter judgment accordingly.

DONE AND ORDERED this __7th__ day of __July__, 2008.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE